## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LYN MARIE STEVENS )<br>     Plaintiff, )<br> )<br>v. )<br> )<br> )<br> )<br>FRANCISCAN ALLIANCE, INC., a/k/a )<br>FRANCISCAN SAINT ANTHONY HEALTH- )<br>MICHIGAN CITY )<br>     Defendant. ) | Case No.:3:16-cv-481 |

### JOINT STIPULATION OF
### DISMISSAL WITH PREJUDICE

Plaintiff Lyn Marie Stevens and Defendant Franciscan Alliance, Inc., a/k/a Franciscan Saint Anthony Health-Michigan City, more properly known as Franciscan Health Michigan City, by their respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree to the dismissal of this cause and all claims made in this cause, with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ *Ryan C. Fox* | /s/ *Amy J. Adolay* |
| Ryan C. Fox | Amy J. Adolay |
| Ryan P. Sink | Matthew C. Branic |
| FOX WILLIAMS & SINK, LLC | KRIEG DeVAULT LLP |
| 6177 North College Avenue | 12800 N. Meridian St., Suite 300 |
| Indianapolis, IN 46220 | Carmel, IN 46032 |
| Telephone:    (317)254-8500 | Telephone:    (317) 289-6329 |
| Facsimile:    (844)273-6464 | Facsimile:    (317) 636-1507 |
| rfox@fwslegal.com | aadolay@kdlegal.com |
| rsink@fwslegal.com | mbranic@kdlegal.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Franciscan St. Anthony* |
| *Lyn Marie Stevens* | *Health-Michigan City* |